**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1554**

LANCE E. RUCK; ROBERT A. CUSHING, JR.,

Creditors - Appellants,

and

KENNETH R. SMOOT,

Creditor,

versus

LYNN LEWIS TAVENNER, Trustee,

Trustee - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Chief District Judge. (3:05-cv-00482-JRS; BK-98-39531-DOT)

Submitted: July 26, 2006          Decided: August 10, 2006

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Lance E. Ruck, Robert A. Cushing, Jr., Appellants Pro Se. Christopher Abram Jones, LECLAIR RYAN, P.C., Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lance E. Ruck and Robert A. Cushing, Jr., seek to appeal the district court's order affirming the bankruptcy court's order denying their motion for payment of administrative expenses. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on March 30, 2006. The notice of appeal was filed on May 4, 2006. Because Ruck and Cushing failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED